Jeffrey S. Rugg (State Bar No. 10978)
jrugg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Appellant CT Investment Management Co. LLC, as Special Servicer to Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004 FL1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | District Court No.: 2:12-CV-01061-MMD-RJJ |
| DESERT OASIS APARTMENTS, LLC, | Bankruptcy Case No.: BK-S-11-17208-BAM |
| Debtor, | Chapter 11 |
| | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |
| CT INVESTMENT MANAGEMENT CO., LLC, AS SPECIAL SERVICER TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004 FL1), | |
| Appellant, | |
| v. | |
| DESERT OASIS APARTMENTS, LLC and TOM GONZALES, | |
| Appellees. | |

013334\0003\1711477.1                                                              1

1    COME NOW, CT Investment Management Co., LLC, as Special Servicer to Wells Fargo
2 Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Securities
3 Corp., Commercial Mortgage Pass-Through Certificates, Series 2004 FL1 ("Appellant"), by and
4 through its undersigned counsel, on the one hand, and Desert Oasis Apartments, LLC
5 ("Appellee"), on the other hand, and state as follows:

6    By Minute Order ("Order") in Chambers dated July 18, 2012, the Court established a
7 briefing schedule related to this matter.  Pursuant to that Order, Appellant's Opening brief is due
8 by August 4, 2012, Appellee's Answering brief is due by August 21, 2012 and Appellant's Reply
9 brief is due by September 7, 2012.

10   The parties have conferred and have agreed to an extension to the briefing schedule and
11 the parties hereby stipulate and agree, subject to this Court's approval, on the following briefing
12 schedule: (i) Appellant's brief shall be filed and served on or before August 24, 2012; (ii)
13 Appellee's brief shall be filed on or before September 24, 2012; and (iii) Appellant's reply brief
14 shall be filed on or before October 8, 2012.

15 ///
16 ///
17 ///

1     WHEREFORE, the parties hereby stipulate and respectfully request that this Court enter an Order setting the aforementioned briefing schedule.

DATED this _____ day of July, 2012.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | SCHWARTZER & MCPHERSON LAW FIRM |
|---|---|
| By: /s/ Jeffrey S. Rugg<br>Jeffrey S. Rugg, Esq.<br>100 North City Parkway<br>Las Vegas, NV 89106 | BY: /s/ Lenard E. Schwartzer<br>Lenard E. Schwartzer<br>Emelia L Allen<br>2850 South Jones Blvd., Ste 1100<br>Las Vegas, NV 89146 |
| Attorneys for Appellant CT Investment Management Co. LLC, as Special Servicer to Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004 FL1 | Attorneys for Desert Oasis Apartments, LLC |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATE: July 25, 2012