UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor,<br><br>CT INVESTMENT MANAGEMENT CO., LLC, AS SPECIAL SERVICER TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004 FL1,<br><br>Appellant,<br><br>v.<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Appellee. | Case No. 2:12-cv-01061-MMD-NJK<br><br>Bankruptcy Case No. BK-S-11-17208-BAM<br><br>Chapter 11<br><br>ORDER |

Before the Court is Appellant CT Investment Management Co., LLC, as Special Servicer to Wells Fargo Bank, N.A., as trustee for the Registered Holders of J.P. Morgan Chase Commercial Securities, Corp., Commercial Mortgage Pass-Through Certificates, Series 2004 FL1's ("CT Investment") application for a status check as to the disposition of its Appeal pursuant to Local Rule 7-6(b). (Dkt. no. 17.) Opening Brief was filed on

August 24, 2012, and was ripe and fully submitted to the Court on October 8, 2012. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court has a number of pending motions remaining from the period before March 31, 2013. Resolution of appeals of bankruptcy court orders will follow after these pending motions have been addressed. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 27th day of August 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE