Jeffrey S. Rugg (State Bar No. 10978)
jrugg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Appellant CT Investment Management Co. LLC, as Special Servicer to Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004 FL1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | District Court No.: 2:12-CV-01061-MMD-RJJ |
| DESERT OASIS APARTMENTS, LLC, | Bankruptcy Case No.: BK-S-11-17208-BAM |
| Debtor, | Chapter 11 |
| | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| CT INVESTMENT MANAGEMENT CO., LLC, AS SPECIAL SERVICER TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004 FL1, | |
| Appellant, | |
| v. | |
| DESERT OASIS APARTMENTS, LLC, | |
| Appellee. | |

013334\0002\10887215.1

i

1  COME NOW, CT Investment Management Co., LLC, as Special Servicer to Wells Fargo
2  Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Securities
3  Corp., Commercial Mortgage Pass-Through Certificates, Series 2004 FL1 ("Appellant"), by and
4  through its undersigned counsel, on the one hand, and Desert Oasis Apartments, LLC
5  ("Appellee"), on the other hand, and state as follows:

6  IT IS HEREBY STIPULATED AND AGREED that the above-entitled action shall be
7  DISMISSED WITH PREJUDICE.

8  IT IS FURTHER STIPULATED AND AGREED that parties shall each bear their own
9  attorneys' fees and costs in connection with the above-entitled action.

10  DATED this 9th day of December, 2013.

BROWNSTEIN HYATT FARBER           SCHWARTZER & MCPHERSON
SCHRECK, LLP                                          LAW FIRM

By: _s/Jeffrey S. Rugg_                              By: _/s/ Lenard E. Schwartzer_
Jeffrey S. Rugg, Esq.                                Lenard E. Schwartzer, Esq.
100 North City Parkway                               2850 South Jones Blvd., Ste 100
Las Vegas, NV  89106                                 Las Vegas, NV 89146

Attorneys for Appellant CT Investment                Attorneys for Desert Oasis Apartments,
Management Co. LLC, as Special Servicer              LLC
to Wells Fargo Bank, N.A., as Trustee for
the Registered Holders of J.P. Morgan
Chase Commercial Securities Corp.,
Commercial Mortgage Pass-Through
Certificates, Series 2004 FL1

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: December 9, 2013